March 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

LEZLEA ROSS, Appellant

NO. 14-12-00885-CV                    V.

ST. LUKE'S EPISCOPAL HOSPITAL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, St. Luke's Episcopal Hospital, signed September 21, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Lezlea Ross, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.